

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-17-00676-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST.,
KERRVILLE, KERR COUNTY, TEXAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

By order dated July 16, 2018, appellant's briefs filed on May 7, 2018 and July 2, 2018 were stricken, and the clerk of this court was ordered to provide appellant with a copy of the appellate record. Although this court's records reflect that the appellate record was included with the copy of the order sent to appellant, appellant has filed written notice in this court that she did not receive the record. It is therefore ORDERED that the clerk of this court resend a copy of the appellate record with appellant's copy of this order. Appellant must file her appellant's brief **no later than thirty days from the date of this orde**r.

Appellant is reminded that her prior briefs contained numerous violations of Rule 38.1 as referenced in this court's March 8, 2018 order and May 9, 2018 letter separate and apart from her failure to provide citations to the appellate record, including her failure to cite any case law or other authority in support of her arguments in her original brief or in response to the law cited by the State in her reply brief. *See* TEX. R. APP. P. 38.1(i) (requiring argument to be supported by appropriate citations to authority). **Appellant is also reminded that her failure to correct the briefing deficiencies in this third opportunity will allow this court to consider her appellate complaints waived due to inadequate briefing**. *See, e.g., Lott v. First Bank*, No. 04-13-00531-CV, 2014 WL 4922896, at *2 (Tex. App.—San Antonio Oct. 1, 2014, no pet.); *Castillo v. Peoples*, No. 04-13-00311-CV, 2014 WL 1089750, at *3 (Tex. App.—San Antonio Mar. 19, 2014, pet. denied).

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle
Clerk of Court

